

# Fourth Court of Appeals
## San Antonio, Texas

August 3, 2017

No. 04-16-00501-CV

**BORAIN CAPITAL, LLC**,
Appellant

v.

Syed **HASHMI**,
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-11798
The Honorable Barbara Hanson Nellermoe, Judge Presiding

## O R D E R

Sitting:     Karen Angelini, Justice
            Marialyn Barnard, Justice
            Luz Elena D. Chapa, Justice

Appellee's motion for extension of time to file his motion for rehearing is GRANTED. Appellee's motion for rehearing is due on **August 18, 2017.**

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of August, 2017.

_____
Luz Estrada
Chief Deputy Clerk